UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN M. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09CV1418 HEA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Lewis M. Blanton, that the decision of the Commissioner be reversed and that this case be remanded to the Commissioner. Neither of the parties have filed objections to the Report and Recommendation within the prescribed time period.

Judge Blanton's Report and Recommendation contains a very thorough analysis of the issues presented. He concludes that other than the opinion of Dr. Vinson, there is no evidence in the record regarding any functional limitations Plaintiff suffers as a result of her physical impairment, and as such, it is unknown whether Plaintiff is capable of performing the physical requirements of medium work. Judge Blanton therefore recommends reversal and remand.

The Court agrees with Judge Blanton's recommendation in this regard. Therefore, after careful consideration, the Court will adopt and sustain Judge Blanton's Report and Recommendation dated July 12, 2010.  Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings consistent with Judge Blanton's Report and Recommendation.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 3rd day of August, 2010.

_____
  HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE