# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

SUSAN M. YOUNG,                    )
                                   )
      Plaintiff,            )
                                   )
v.                                 )     Case No. 4:09CV1418 HEA
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security    )
                                   )
      Defendant,            )

## <u>JUDGMENT</u>

In accordance with the Opinion, Memorandum and Order entered this same

date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that pursuant

to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is

reversed and this matter is remanded to the Commissioner for further proceedings.

Dated this 3rd day of August, 2010.

_____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE